IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

No. 11-50792

JESUS HERNANDEZ, Individually and as the surviving father of Sergio Adrian Hernandez Güereca, and as Successor-in-Interest to the Estate of Sergio Adrian Hernandez Güereca; MARIA GUADALUPE GÜERECA, Individually and as the surviving mother of Sergio Adrian Hernandez Güereca, and as Successor-in-Interest to the Estate of Sergio Adrian Hernandez,

Plaintiffs - Appellants,

—v.—

UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES BUREAU OF CUSTOMS AND BORDER PROTECTION; UNITED STATES BORDER PATROL; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT AGENCY; UNITED STATES DEPARTMENT OF JUSTICE,

Defendants - Appellees.

[*caption continued on next page*]

On Appeal from the United States District Court for the
Western District of Texas (No. 3:11-CV-27)

**MOTION OF BORDER NETWORK FOR HUMAN RIGHTS, PASO DEL NORTE CIVIL RIGHTS PROJECT, AND SOUTHERN BORDER COMMUNITIES COALITION FOR LEAVE TO FILE A BRIEF AS *AMICI CURIAE* IN SUPPORT OF APPELLANTS AND URGING REVERSAL**

Nancy Winkelman
H. Justin Park
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA  19103
(215) 751-2000
*Attorneys for* Amici Curiae *Border Network for Human Rights, Paso del Norte Civil Rights Project, and Southern Border Communities Coalition*

No. 12-50217

JESUS HERNANDEZ, Individually and as the surviving father of Sergio Adrian Hernandez Güereca, and as Successor-in-Interest to the Estate of Sergio Adrian Hernandez Güereca; MARIA GUADALUPE GÜERECA, Individually and as the surviving mother of Sergio Adrian Hernandez Güereca, and as Successor-in-Interest to the Estate of Sergio Adrian Hernandez,

              Plaintiffs - Appellants,

—v.—

JESUS MESA, JR.,

              Defendant - Appellee.

On Appeal from the United States District Court for the
Western District of Texas (No. 3:11-CV-331)

No. 12-50301

JESUS HERNANDEZ, Individually and as the surviving father of Sergio Adrian Hernandez Güereca, and as Successor-in-Interest to the Estate of Sergio Adrian Hernandez Güereca; MARIA GUADALUPE GÜERECA, Individually and as the surviving mother of Sergio Adrian Hernandez Güereca, and as Successor-in-Interest to the Estate of Sergio Adrian Hernandez,

              Plaintiffs - Appellants,

—v.—

RAMIRO CORDERO; VICTOR M. MANJARREZ, JR.,

              Defendants - Appellees.

On Appeal from the United States District Court for the
Western District of Texas (No. 3:11-CV-331)

Movants Border Network for Human Rights, Paso del Norte Civil Rights Project, and Southern Border Communities Coalition move, pursuant to Federal Rule of Appellate Procedure 29, for leave to file a brief as *amici curiae* in support of Appellants and urging reversal. This *amicus* brief is attached to this motion. Counsel for all parties except for Appellee Jesus Mesa's counsel have consented to the filing of this *amicus* brief. Counsel for Appellee Mesa has declined to consent to Movants' filing of this brief. In support of their motion, Movants state as follows:

1. Movants are non-profit organizations that provide advocacy for members of the Mexican-American community in Texas, particularly on border and civil rights-related concerns. Through this work and their interactions with members of the community, movants can provide important input about the ways in which members of the community and their relatives are affected by the operations of the United States Border Patrol ("Border Patrol").

    a. Border Network for Human Rights ("BNHR") was founded in 1998, for the general purpose of facilitating the education, organization, and participation of marginalized border communities to defend and promote human and civil rights, and to work to create political, economic, and social conditions where every human being is equal in dignity and rights. Most of

BNHR's strategies and activities are directed to accomplish four general goals: first, to strengthen the capacity and organization of impacted border and immigrant communities to voice their opinions, concerns, and solutions on issues such as immigration and enforcement; second, to establish clear mechanisms for border and immigrant communities to engage in permanent dialogues with policymakers and administration at the local, state, regional, and national levels; third, for these communities to educate policy makers, stakeholders, and the public on the need for a comprehensive review and reaffirmation of our immigration laws; and finally, to work with and encourage policy makers to enact and implement effective oversight and accountability mechanisms for enforcement policies and practices at the border and in the interior.

   b. Paso del Norte Civil Rights Project is a regional office of the Texas Civil Rights Project ("TCRP"), a non-profit public interest law organization promoting racial, social, and economic justice through education, social services, and civil rights litigation for low-to-moderate income persons least able to defend themselves.  TCRP strives to foster equality, secure justice, ensure diversity, and strengthen low-to-moderate income communities in Texas.  TCRP has always had a strong interest in ensuring that individuals' civil rights and liberties under the Constitution are not abridged or modified, whether through legislation, improper enforcement, or judicial action.  Protecting the Fourth and

Fifth Amendment rights of individuals coming in contact with federal law enforcement entities has always been a priority of TCRP, and it has handled significant Fourth and Fifth Amendment cases since its inception.

        c.     Southern Border Communities Coalition ("SBCC") brings together sixty organizations across the border from San Diego, California, to Brownsville, Texas, and advances the common goal of promoting a safe and strong community for border residents.  The coalition was formed in March 2011 as a response to a rash of Border Patrol-perpetrated violence against unarmed border residents and has focused on advocating for border enforcement policies and practices that are accountable and fair, respect human dignity and human rights, and prevent the loss of life in the region.   SBCC has engaged in advocacy demanding justice for Sergio Hernandez Güereca, Anastasio Hernandez Rojas, and several other victims of violence at the hands of federal immigration enforcement officers.

        2.     Movants have a strong interest in this case because one of their primary missions is to provide advocacy for the civil rights of individuals who live near the United States-Mexico border.  Members of this community are the most heavily impacted by constitutional violations such as those alleged in this case.

3. Movants seek to submit this brief to contextualize this case, and demonstrate that it should be seen by this Court not merely as an academic exercise in constitutional doctrine applied to one set of *sui generis* facts, but rather, as a case that has a real-world impact on many people's lives. Movants also wish to call attention to the arbitrariness of the rule that would prevail if the District Court's decision is upheld: agents of the Border Patrol essentially would be immunized from civil liability even for truly egregious abuses of power, based on the fortuity of where, within the space of a few feet, their victims might happen to have been standing at the time.

[THIS SPACE INTENTIONALLY LEFT BLANK]

WHEREFORE, Movants Border Network for Human Rights, Paso del Norte Civil Rights Project, and Southern Border Communities Coalition respectfully request that their motion for leave to file the attached brief as *amici curiae* be granted.

        Respectfully submitted,

        /s/ Nancy Winkelman
        Nancy Winkelman
        H. Justin Park
        SCHNADER HARRISON SEGAL & LEWIS LLP
        1600 Market Street, Suite 3600
        Philadelphia, Pennsylvania 19103-7286
        (215) 751-2000

        Attorneys for *Amici Curiae* Border Network for Human Rights, Paso del Norte Civil Rights Project, and Southern Border Communities Coalition

Dated: July 2, 2012

# CERTIFICATE OF SERVICE

I certify that on July 2, 2012, I caused the foregoing Motion of Border Network for Human Rights, Paso del Norte Civil Rights Project, and Southern Border Communities Coalition for Leave to File a Brief As *Amici Curiae* in Support of Appellants and Urging Reversal to be served via the Court's electronic filing system on:

Robert C. Hilliard, Esquire
Hilliard & Shadowen LLC
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, TX 78401

Cristobal Miguel Galindo, Esquire
4151 Southwest Freeway, Suite 602
Houston, TX 77027

*Attorneys for Appellants*

Robert M. Loeb, Esquire
Helen L. Gilbert, Esquire
Daniel J. Lenerz, Esquire
United States Department of Justice
Civil Division, Appellate Staff
950 Penn. Avenue, N.W., Room 7228
Washington, DC 20530

Harold Edwin Brown, Jr., Esquire
Assistant United States Attorney
United States Attorney's Office
Western District of Texas
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216

*Attorneys for Appellees excluding Jesus Mesa, Jr.*

Cori A. Harbour-Valdez, Esquire
Harbour Law Firm, P.C.
P.O. Box 13268
El Paso, TX 79913

Randolph J. Ortega, Esquire
Ellis & Ortega, LLC
609 Myrtle Avenue, Suite 100
El Paso, TX 79901

*Attorneys for Appellee Jesus Mesa, Jr.*

/s/ Nancy Winkelman
Nancy Winkelman